## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE District of Florida

Case Number: 6:19-CV-1182-ORL-31LRH

Plaintiff:
**MICHAEL R MCNEIL**

vs.

Defendant:
**RICARDO CAICEDO AND LITTLE OASIS LLC D/B/A LITTLE OASIS**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#604
DAYTONA BEACH, FL 32118

Received by Max J. Garcia, Inc. on the 27th day of June, 2019 at 12:37 pm to be served on **RICARDO CAICEDO, 2832 SAND ARBOR CIR, ORLANDO, FL 32824**.

I, Marbel D. Hernandez, being duly sworn, depose and say that on the **11th day of July, 2019** at **6:15 pm**, I:

**SUBSTITUTE SERVED** the within named person by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, at their usual place of abode, to a person residing therein who is fifteen (15) years of age or older to wit: **Blanca Gill co-resident,** at the address of **2832 SAND ARBOR CIR, ORLANDO, FL 32824**, and informing said person of the contents therein, pursuant to state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a **Certified Process Server** in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Subscribed and sworn to before me on the the 12th day of July, 2019 by the affiant who is personally known to me.

_____
Notary Public

BONNIE S. MOORE
MY COMMISSION # FF 943430
EXPIRES: December 19, 2019
Bonded Thru Budget Notary Services

_____
Marbel D. Hernández
9th Circuit CPS #368

Max J. Garcia, Inc.
145 E. Rich Ave.
Suite G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2019007528

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | ) |
|---|---|
| MICHAEL R. MCNEIL | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 6:19-cv-1182-ORL-31LRH |
| | ) |
| RICARDO CAICEDO, and LITTLE OASIS LLC, d/b/a LITTLE OASIS | ) |
| | ) |
| Defendant(s) | ) |

### SUMMONS IN A CIVIL ACTION

DATE 7-11-19  TIME 6:15 P

Server Initials MH
(court-appointed process server)

To: *(Defendant's name and address)* RICARDO CAICEDO - Owner
2832 SAND ARBOR CIR
ORLANDO, FL 32824

X _____
Recipient Signature

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #604
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___Jun 27, 2019___     Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL R. MCNEIL <br><br> Plaintiff(s) <br> v. <br><br> RICARDO CAICEDO, and LITTLE OASIS LLC, d/b/a LITTLE OASIS <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:19-cv-1182-ORL-31LRH |

## SUMMONS IN A CIVIL ACTION

DATE 7-11-19  TIME 6:15P

Server Initials ___BH___

To: *(Defendant's name and address)* LITTLE OASIS LLC
RICARDO CAICEDO - Registered Agent
2832 ARBOR CIR
ORLANDO, FL 32824

(court-appointed process server)

X _____
Recipient Signature

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #604
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jun 27, 2019

_____
Signature of Clerk or Deputy Clerk